1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TELLY JETT,

11          Plaintiff,                      No. CIV S-11-1245 GGH

12          vs.

13   SACRAMENTO COUNTY
     MAIN JAIL, et al.,

14
             Defendants.                    ORDER

15   _____/

16          Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action

17   pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis

18   pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request which must be

19   completed by plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has

20   not filed a certified copy of his prison trust account statement for the six month period

21   immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be

22   provided the opportunity to submit a completed in forma pauperis application and a certified

23   copy in support of his application.

24   /////

25   /////

26   /////

                                                1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Plaintiff's May 9, 2011, request to proceed in forma pauperis (Docket No. 2)

3  is denied without prejudice;

4    2.  Plaintiff shall submit, within thirty days from the date of this order, a

5  completed affidavit in support of his request to proceed in forma pauperis on the form provided

6  by the Clerk of Court;

7    3.  The Clerk of the Court is directed to send plaintiff a new Application to

8  Proceed In Forma Pauperis By a Prisoner; and

9    4.  Plaintiff shall submit, within thirty days from the date of this order, a certified

10  copy of his prison trust account statement for the six month period immediately preceding the

11  filing of the complaint.  Plaintiff's failure to comply with this order will result in a

12  recommendation that this action be dismissed without prejudice.

13  DATED: June 6, 2011

14

15                                                   /s/ Gregory G. Hollows

16                                                   GREGORY G. HOLLOWS
                                                     UNITED STATES MAGISTRATE JUDGE

17  GGH:kly
    jett1245.3c+new

18

19

20

21

22

23

24

25

26

2