IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TELLY JETT

        Plaintiff,                    No. CIV S-11-1245 GGH P

    vs.

SACRAMENTO COUNTY
MAIN JAIL, et al.

        Defendants.              <u>ORDER</u>
_____/

        By an order filed June 6, 2011, plaintiff was ordered, within thirty days, to file a completed in forma pauperis application along with a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff was cautioned that failure to comply with the June 6, 2011 order would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an completed in forma pauperis affidavit or paid the appropriate filing fee.

////

////

////

1

1 | Plaintiff has consented to this court's jurisdiction (Docket No. 4). Accordingly,
2 | IT IS HEREBY ORDERED that this action be dismissed without prejudice.
3 | DATED: October 5, 2011

  /s/ Gregory G. Hollows
  UNITED STATES MAGISTRATE JUDGE

5 | GGH:rb
jett1245.fifp